**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| IN RE: ADOPTION OF A.R.D. | No. 328 WAL 2015 |
| PETITION OF: J.C., MOTHER | Petition for Allowance of Appeal from the Order of the Superior Court |

**ORDER**

**PER CURIAM**

    **AND NOW**, this 21st day of September, 2015, the Petition for Allowance of Appeal is **DENIED**.